| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | AMANDA BECK<br>TIMOTHY H. DELGADO |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO SALINAS-GARCIA,<br><br>Defendant. | CASE NO. 2:15-CR-00102-GEB-2<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: August 25, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

Plaintiff United States of America, through its respective counsel, and Defendant Eduardo Salinas-Garcia, through his counsel of record, stipulate that the status conference currently scheduled for August 25, 2017, be continued to September 29, 2017, at 9:00 a.m.

On May 5, 2017, the Court granted Defendant's motion to substitute Christopher R. Cosca as defense counsel of record. (ECF No. 84, Order Substituting Attorney.) In the weeks following, the United States forwarded Mr. Cosca all of the discovery previously-produced in this case. This included over 10,000 pages of reports, photos, and affidavit excerpts, as well as several additional compact disks containing videos. Defense counsel began reviewing these materials on receipt, and the parties reset this case for a status conference on July 14, and reset it once again on August 25, 2017. Defense counsel requires additional time to review the voluminous discovery materials, to consult with the Defendant, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

/ / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
STATUS CONFERENCE

1

1  Based on the foregoing, the parties stipulate that the status conference currently scheduled for
2  August 25, 2017, be continued to September 29, 2017, at 9:00 a.m.  The parties further agree that time
3  under the Speedy Trial Act should be excluded from the date this order issues to and including
4  September 29, 2017, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and
5  General Order 479, Local Code T4, based on continuity of counsel and defense preparation.
6  Counsel and the Defendant also agree that the ends of justice served by the Court granting the
7  requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated:   August 23, 2017			*/s/ Timothy H. Delgado*
						TIMOTHY H. DELGADO
						Assistant United States Attorney
						Attorney for Plaintiff United States of America

Dated:   August 23, 2017			*/s/ THD for Christopher R. Cosca*
						CHRISTOPHER R. COSCA
						Attorney for Defendant Eduardo Salinas-Garcia

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including September 29, 2017, shall be excluded from the computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the August 25, 2017 status conference shall be continued until September 29, 2017, at 9:00 a.m.

Dated: August 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge