PHILLIP A. TALBERT
United States Attorney
AMANDA BECK
TIMOTHY DELGADO
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-102-2 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| EDUARDO SALINAS-GARCIA, | DATE: September 29, 2017 TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for status on September 29, 2017.

2. By this stipulation, defendant now moves to continue the status conference until November 17, 2017, and to exclude time between September 29, 2017, and November 17, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 10,126 Bates-stamped items, including bank records, phone records, and videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review the discovery and consult with his client regarding legal options.

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

1         c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to the continuance.

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 29, 2017 to November 17, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 25, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: September 25, 2017

/s/ CHRISTOPHER COSCA
CHRISTOPHER COSCA
Counsel for Defendant
EDUARDO SALINAS-GARCIA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 27, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge